Michael Zoldan; AZ Bar No. 028128
Jason Barrat; AZ Bar No. 029086
Jessica Miller; AZ Bar No. 031005
James Weiler; AZ Bar No. 034371
**ZOLDAN LAW GROUP, PLLC**
14500 N. Northsight Blvd., Suite 133
Scottsdale, AZ 85260
Tel & Fax: 480.442.3410
mzoldan@zoldangroup.com
jbarrat@zoldangroup.com
jmiller@zoldangroup.com
jweiler@zoldangroup.com

Attorneys for Plaintiff Ryan Ripley

# UNITED STATES DISTRICT COURT

# DISTRICT OF ARIZONA

| | |
|---|---|
| **Ryan Ripley**, an Arizona resident;<br><br>Plaintiff,<br><br>v.<br><br>**PMD Development, LLC**, an Arizona limited liability company; and **Troy Pearce**, an Arizona resident;<br><br>Defendants. | Case No. 2:18-cv-01162-RCC<br><br>**NOTICE OF SETTLEMENT**<br><br>**(Assigned to the Hon. Ranner C. Collins)** |

The parties hereby notify the Court that settlement has been reached in the above matter. A Stipulation for Dismissal will be filed with the Court once the settlement is completed.

///

///

///

///

RESPECTFULLY SUBMITTED March 8, 2019.

**ZOLDAN LAW GROUP, PLLC**

By: /s/ Jason Barrat
    14500 N. Northsight Blvd., Suite 133
    Scottsdale, AZ 85260
    Attorney for Plaintiff Ryan Ripley

## <u>**CERTIFICATE OF SERVICE**</u>

I hereby certify that on March 8, 2019, I electronically transmitted the foregoing document to the United States District Court, District of Arizona, Court Clerk, using the CM/ECF System.  All counsel of record are registrants and are therefore served via this filing and transmittal.

By: /s/ Ashley Peschke

ZOLDAN LAW GROUP, PLLC
14500 N. Northsight Blvd. Suite 133 Scottsdale, Arizona 85260
Tel & Fax: 480.442.3410 – mzoldan@zoldangroup.com