IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Ryan Ripley,<br><br>　　　　Plaintiff,<br><br>v.<br><br>PMD Development LLC, et al.,<br><br>　　　　Defendants. | No. CV-18-01162-PHX-RCC<br><br>**ORDER** |

　　　Pursuant to the Parties' Stipulation for Dismissal and Good Cause appearing, **IT IS HERBY ORDERED** the Parties' Stipulation for Dismissal is **GRANTED**. All claims are **DISMISSED WITH PREJUDICE** and this above-captioned action is **TERMINATED**.

　　　Dated this 27th day of June, 2019.

　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　Honorable Raner C. Collins
　　　　　　　　　　　　　　　　　　　Senior United States District Judge